344 A.2d 277

COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE

v.

EASTERN AUTO CAR WASH, INC., Appellant.

Supreme Court of Pennsylvania.

Argued May 22, 1974.

Decided July 7, 1975.

Rehearing Denied Sept. 26, 1975.

Lewis H. Markowitz, Richard C. Fox, York, for appellant.

Guy J. DePasquale, Deputy Atty. Gen., Dept. of Revenue, Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed 10 Pa.Cmwlth. 207, 309 A.2d 611.

ROBERTS, J., took no part in the consideration or decision of this case.